# CIVIL MINUTE CALENDAR

**Before EDNY, U.S. District Judge Ramón E. Reyes, Jr.**

**Date:** 2/28/2024     **Time in Court:** 43 minutes

**Docket Number:** 22-CV-06494

**Case Title:** 9277QB LLC v. Everest National Insurance Company

**Court Reporter:** N/A     **FTR Log:** RER Webex Audio

**Law Clerk:** AH

**Plaintiff(s)/Petitioner represented by:** John N. Cuomo

**Defendant(s)/Respondent represented by:** Jessica Tariq

**Type of Hearing Held:** Video Conference

**Pending Motion(s):** N/A

**TEXT:**

Case called. Discussions held. The Court deems the Motion for Judgment on the Pleadings pursuant to Federal Rule of Civil Procedure 12(c) as having been made and grants Defendant's Motion without prejudice. The Clerk of the Court is directed to close the case. Contact the E.S.R., Dept. at (718) 613-2590 to order the transcript. (FTR Log: RER Webex Audio)